UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>BRIAN GILDER,<br><br>      Defendant. | No. 23 Cr. 134 (VSB)<br><br>ORDER FOR ADMISSION *PRO HAC VICE* |

  Applicant has declared that she is a member in good standing of the bar of the State of California and that her information is as follows:

  Applicant Signature: _____

  Applicant's Name: Catherine H. Thompson

  Firm Name: Halpern May Ybarra Gelberg LLP

  Firm Address: 550 S. Hope Street, Suite 2330, Los Angeles, CA 90071

  Telephone: (213) 402-1907

  Email: catherine.thompson@halpernmay.com

  Applicant having requested admission *Pro Hac Vice* to appear as counsel for Defendant Brian Gilder in the above-captioned matter.

  **IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court including the

Rules governing discipline of attorneys.

This Order supersedes my prior order at Doc. 26.

Dated: April 11, 2023

Vernon S. Broderick
United States District Judge