U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2023

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  09/19/2023

Re:  **United States v. Brian Gilder, et al.**, 23 Cr. 134 (VSB)

Dear Judge Broderick:

The Government has reached a pretrial resolution with defendant Brian Gilder, and writes to schedule a change-of-plea conference. The Government understands from communications with chambers that the Court is available on October 12, 2023, at 11:00 a.m., and the parties are available at that time as well.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  */s/ Kevin Mead*
Katherine C. Reilly
Kevin Mead
Assistant United States Attorneys

cc: Counsel of Record (by ECF)