

Halpern May Ybarra Gelberg LLP
550 South Hope Street, Suite 2330
Los Angeles, California 90071
(213) 402-1900 – telephone
(213) 402-1901 – facsimile
www.halpernmay.com

Aaron M. May
(213) 402-1920 – direct dial
Aaron.May@halpernmay.com

August 2, 2024

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED  /s/ Vernon S. Broderick
> VERNON S. BRODERICK
> U.S.D.J.
>
> The period of Mr. Gilder's home detention commenced on January 29, 2024, the date of his sentencing.
>
> Dated:  August 9, 2024

Re:   *United States v. Brian Gilder, et al.*, S1 1:23-cr-00134-VSB-2

Dear Judge Broderick:

We write on behalf of Defendant Brian Gilder to respectfully request that the Court issue an order stating that Mr. Gilder's period of home detention ended on July 29, 2024, six months from his January 29, 2024 sentencing date, rather than concluding six months from the date when the judgment order was filed (March 12, 2024).  The Probation Office for the Central District of California where Mr. Gilder is being supervised is fully supportive of this request and the Government consents to it as well.

On January 29, 2024, the Court sentenced Mr. Gilder to time-served and three years of supervised release, the first six months of which were to be served on home detention.  (ECF 126.)  Following the Court's oral pronouncement of its sentence during the hearing, Mr. Gilder immediately began complying with its terms, including the home detention component as he understood it.  However, we understand that Probation considers Mr. Gilder's period of home detention to conclude six months from the filing of the judgment order on March 12, 2024, after which Probation began its formal supervision of Mr. Gilder.  As such, absent a Court order, Mr. Gilder will be subjected to over six weeks of home detention beyond what was pronounced at the January 29 sentencing hearing.

Given Mr. Gilder's full compliance with and exemplary performance of all of the terms of his supervised release and home detention to date, the Probation Office supports the termination of Mr. Gilder's home detention and the Government consents to Mr. Gilder's request that the Court order that Mr. Gilder's period of home detention ended effective July 29, 2024.

*United States v. Gilder*
S1 1:23-cr-00134-VSB-2
August 2, 2024
Page 2

      We thank the Court for its consideration of this request and stand ready to provide any additional information that the Court may need.

                    Respectfully submitted,

                    */s/ Aaron M. May*

                    **Aaron M. May**
                    HALPERN MAY YBARRA GELBERG LLP